IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF:  
ROBERT MERCIER, Jr.

CHAPTER 7  
CASE NO. 18-11827

Debtor(s)

TRUSTEE'S FILE NO.

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| 1712 Fenwick Street Augusta GA, Richmond County 30904 | $18,115.00 | $0.00 | |
| 617 Old Greensboro Road Norwood GA, Warren County 30821 | $1,572.00 | $0.00 | |
| 539 Bohler Avenue Augusta Ga, Richmond county 30904 | $16,596.00 | $0.00 | |
| 1727 Fenwick Street Augusta GA, Richmond County 30904 | $17,550.00 | $1,795.00 | |
| 291 Church Street Norwood GA, Warren County 30821 | $46,418.00 | $11,188.00 | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2002 Mecury Villager Mileage: 140,000 Other Information: full coverage insurance w/State Farm-lienholder World Finance | $3,200.00 | $0.00 | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $1,000.00 | $1,000.00 | |
| **Electronics** | $100.00 | $100.00 | ABANDON |
| **Collectibles of value** | $800.00 | $800.00 | |
| **Equipment for sports and hobbies** | | | |
| **Firearms** | | | |
| Clothes (Includes furs, designer wear, shoes, accessories) | $150.00 | $150.00 | |
| **Jewelry** | | | |
| Non-farm animals | $25.00 | $0.00 | |
| **Cash on Hand** | | | |
| **Deposits in banks, etc.** | | | |
| SRP FCU – Checking | $200.00 | $5.00 | |
| SRP FRU – Savings | $7.00 | $7.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| **Insurance policies** | | | |
| Mothers life ins – mother died 11/18 | $35,000.00 | $35,000.00 | |
| **Tax refunds** | | | |
| **Accounts Receivable** | | | |

| | | | |
|---|---|---|---|
| Pending PI settlement – settled for $50,000 11/18 | $50,000.00 | $10,000.00 | NOT ABANDON |
| **Contingent Claims of Every Nature** | | | |
| Possible wrongful eviction | $unknown | $0.00 | ABANDON |
| **Office Equipment** | | | |
| **Machinery/Equipment** | | | |
| **Inventory** | | | |
| **Farm or Comm. Fishing Equip./Supplies/Farm animals** | | | |
| **Other Personal Property of Any Kind** | | | |
| **Other** | | | |
| mower, household/yard tools located at residence | $120.00 | $120.00 | ABANDON |

NOW COMES, James C. Overstreet, Jr., Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Dated: July 15, 2019

_____
James C. Overstreet, Jr., Trustee